**Daniel H. FRANK**

v.

**CITY OF FLOWOOD, Mississippi**

2015–CT–00620–COA

Supreme Court of Mississippi.

Filed: 09/12/2016

Closed: 11/10/2016

Motion Desc: Motion # 2016–3976 Petition for Writ of Certiorari

Certiorari—Denied

**Bernard HUBBARD**

v.

**STATE of Mississippi**

2013–CT–00814–COA

Supreme Court of Mississippi.

Filed: 09/13/2016

Closed: 11/10/2016

Motion Desc: A Petition for Writ of Certiorari

Certiorari—Denied

**Jamar Amin MOORE**

v.

**STATE of Mississippi**

2015–CT–00357–COA

Supreme Court of Mississippi.

Filed: 09/13/2016

Closed: 11/17/2016

Motion Desc: Petition for Writ of Certiorari

Certiorari—Denied

**Arthur RANDALLSON**

v.

**Randall GREEN**

2014–CT–01781–COA

Supreme Court of Mississippi.

Filed: 09/13/2016

Closed: 11/17/2016

Motion Desc: Petition for Writ of Certiorari

Certiorari—Denied